**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sergi D.A.G,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-3393 (MJD/SGE)

Katherine Rollins, MacDonald Hoage & Bayless, Counsel for Petitioner.
Derek Ganzhorn, Assistant United States Attorney, Counsel for Respondents.

On September 1, 2026, Respondents informed the Court that on that date, Petitioner was released from ICE custody in compliance with the Court's August 31, 2026 Order. [Doc. 11.] On September 14, 2026, Respondents provided the Court with email confirmation that Petitioner's personal items were all returned to him when he was released.

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Sergi D.A.G.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 14, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court